# STATE OF NORTH CAROLINA

Wake County

**FILED**
2020 JUL 13 A 10:30
WAKE CO., C.S.C.
BY _____

File No. _____

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**GENERAL CIVIL ACTION COVER SHEET**
☒ INITIAL FILING  ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

| Name And Address Of Plaintiff 1 | |
|---|---|
| Chip Futrell | |
| 407 Broad Street, W. | |
| Wilson, NC 27893 | |

Name And Address Of Plaintiff 2

**VERSUS**

| Name And Address Of Defendant 1 |
|---|
| North Carolina State University |
| Allison Newhart, Vice Chancellor and General Counsel |
| Campus Box 7008 |
| Raleigh, NC 27685-7008 |

Summons Submitted ☒ Yes ☐ No

Name And Address Of Defendant 2

Summons Submitted ☐ Yes ☐ No

Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)
Charles E. Monteith, Jr.
Monteith Law, PLLC
9121 Anson Way, Suite 200
Raleigh, NC 27615

| Telephone No. | Cellular Telephone No. |
|---|---|
| 919 987-1052 | 919 624-4196 |

| NC Attorney Bar No. | Attorney Email Address |
|---|---|
| 9368 | charles@monteithlawnc.com |

☒ Initial Appearance in Case  ☐ Change of Address

| Name Of Firm | Fax No. |
|---|---|
| Monteith Law, PLLC | 984 777-5435 |

Counsel For
☒ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented)

☒ Jury Demanded In Pleading  ☐ Complex Litigation  ☐ Stipulate to Arbitration

## TYPE OF PLEADING

(check all that apply)

- ☐ Amend (AMND)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Assess Costs (COST)
- ☐ Answer/Reply (ANSW-Response) (see Note)
- ☐ Change Venue (CHVN)
- ☒ Complaint (COMP)
- ☐ Confession Of Judgment (CNFJ)
- ☐ Consent Order (CONS)
- ☐ Consolidate (CNSL)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim (CTCL) Assess Court Costs
- ☐ Crossclaim (list on back) (CRSS) Assess Court Costs
- ☐ Dismiss (DISM) Assess Court Costs
- ☐ Exempt/Waive Mediation (EXMD)
- ☐ Extend Statute Of Limitations, Rule 9 (ESOL)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Failure To Join Necessary Party (FJNP)

- ☐ Failure To State A Claim (FASC)
- ☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
- ☐ Improper Venue/Division (IMVN)
- ☐ Including Attorney's Fees (ATTY)
- ☐ Intervene (INTR)
- ☐ Interplead (OTHR)
- ☐ Lack Of Jurisdiction (Person) (LJPN)
- ☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
- ☐ Modification Of Child Support In IV-D Actions (MSUP)
- ☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
- ☐ Petition To Sue As Indigent (OTHR)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Set Aside (OTHR)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
- ☐ Vacate/Modify Judgment (VCMD)
- ☐ Withdraw As Counsel (WDCN)
- ☐ Other (specify and list each separately)

**NOTE:** All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

(Over)

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

**Exhibit 1**

## CLAIMS FOR RELIEF

- [ ] Administrative Appeal (ADMA)
- [ ] Appointment Of Receiver (APRC)
- [ ] Attachment/Garnishment (ATTC)
- [ ] Claim And Delivery (CLMD)
- [ ] Collection On Account (ACCT)
- [ ] Condemnation (CNDM)
- [ ] Contract (CNTR)
- [ ] Discovery Scheduling Order (DSCH)
- [ ] Injunction (INJU)
- [ ] Limited Driving Privilege - Out-Of-State Convictions (PLDP)
- [ ] Medical Malpractice (MDML)
- [ ] Minor Settlement (MSTL)
- [ ] Money Owed (MNYO)
- [ ] Negligence - Motor Vehicle (MVNG)
- [ ] Negligence - Other (NEGO)
- [ ] Motor Vehicle Lien G.S. Chapter 44A (MVLN)
- [ ] Possession Of Personal Property (POPP)
- [ ] Product Liability (PROD)
- [ ] Real Property (RLPR)
- [ ] Specific Performance (SPPR)
- [x] Other *(specify and list each separately)* Violation of Title VII of Civil Rights Act

| Date | Signature Of Attorney/Party |
|---|---|
| 07/12/2020 | CCM |

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| No. | Additional Defendant(s) | Third Party Defendant(s) | Summons Submitted |
|---|---|---|---|
| | | | [ ] Yes [ ] No |
| | | | [ ] Yes [ ] No |
| | | | [ ] Yes [ ] No |
| | | | [ ] Yes [ ] No |
| | | | [ ] Yes [ ] No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Wake County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff<br>Chip Futrell | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| Address<br>407 Broad Street W. | |
| City, State, Zip<br>Wilson, NC 27893 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| Name Of Defendant(s)<br>North Carolina State University | Date Original Summons Issued |
| | Date(s) Subsequent Summons(es) Issued |

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| North Carolina State University<br>Allison Newhart, Vice Chancellor and General Counsel<br>Campus Box 7008<br>Raleigh, NC 27685-7008 | |

**IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued 7-13-20 | Time 10 | ☒ AM ☐ PM |
|---|---|---|---|
| Charles E. Monteith, Jr.<br>Monteith Law, PLLC<br>9121 Anson Way, Suite 200<br>Raleigh, NC 27615 | Signature | | |
| | ☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature | | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

Exhibit 1

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM  ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM  ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

Exhibit 1

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF WAKE     \_\_\_\_\_ CVS _____

FILED 2020 JUL 13 A 10: 30 WAKE CO., C.S.C. BY

| | |
|---|---|
| CHIP FUTRELL,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE UNIVERSITY, a Constituent Institution of University of North Carolina,<br><br>Defendant. | **VERIFIED COMPLAINT**<br>**(JURY TRIAL DEMANDED)** |

## I. PARTIES

1) Plaintiff Chip Futrell (hereinafter "Plaintiff") is, and at all times relevant to this action was, a citizen and resident of Wilson County, North Carolina.

2) Defendant North Carolina State University (hereinafter "Defendant") is a constituent institution of the University of North Carolina that is organized and exists pursuant to North Carolina General Statute (hereinafter "N.C.G.S.") § 116-1, *et seq.*

## II. JURISDICTION AND VENUE

3) This court has subject matter jurisdiction over this action pursuant to N.C.G.S. §§ 7A-240, 7A-243 and 42 U.S.C. § 2000e-5(f)(3).

4) This court has personal jurisdiction over the Defendant in this matter pursuant to N.C.G.S. § 1-75.4.

5) The actions complained of by Plaintiff occurred within Wake County, North Carolina, where Defendant is located.

6) Venue is properly laid in this Court pursuant to N.C.G.S. § 1-82.

## III. FACTS

7) Plaintiff is a fifty-one-year-old gay male.

8) Plaintiff began his employment with Defendant in 1993 as an intern while pursuing a master's degree. He returned to work for Defendant in August 1997 as a program assistant.

9) Plaintiff held a number of different positions with Defendant's Office of Professional Development from July 1999 until June 2006. He was then promoted to an Associate Director for Continuing and Professional Education in July 2006.

10. Plaintiff was promoted to the Director for Continuing and Professional Education in April 2013.

11) On October 1, 2018. Plaintiff was named the Interim Vice Provost of Continuing Education following the retirement of the then Vice Provost of Continuing Education.

12) As the Interim Vice Provost of Continuing Education, Plaintiff was responsible for leadership of the McKimmon Center for Extension and Continuing Education. In such capacity, Plaintiff reported directly to Thomas K. Miller, III, the Senior Vice Provost.

13) Defendant advertised the Vice Provost of Continuing Education position in January 2019. Plaintiff applied for the position on or about February 25, 2019.

14) Nine individuals were selected to serve on the search committee for the Vice Provost of Continuing Education position.

15) On March 28, 2019, Plaintiff was notified that he had been selected for a first-round video conference interview.

16) Plaintiff interviewed for the position on April 11, 2019. On the following day, Leslie Boney, the search committee chairperson, told Plaintiff that he had "killed it" during his interview. Plaintiff reasonably interpreted Boney's comments to mean that he had done very well during his interview.

17) On April 24, 2019, Defendant announced that three finalists had been selected for the Vice Provost of Continuing Education position. Plaintiff was not chosen as one of the three finalists. All three of the finalists were married heterosexual males who had children.

18) On April 25, 2019, Plaintiff requested a copy of the interview notes that the committee members had made following his interview. Defendant provided Plaintiff with a copy of the requested interview notes on May 15, 2019. The notes made by one unidentified interview committee member referred to Plaintiff as a "plugger."

19) "Plugger" is a word often used to refer to a gay man who has anal sex with another man.

20) On May 22, 2019, Plaintiff learned that Mark Bernhard, a heterosexual male, had accepted the Vice Provost for Continuing Education. Bernhard began employment with Defendant on or about June 26, 2019. Plaintiff returned to his former position as the Director for Continuing and Professional Education at that same time.

21) Since Bernhard began working in the Vice Provost of Continuing Education position, he has relied on Petitioner's experience and expertise in performing the duties of Bernhard's position.

22) During the time that Plaintiff was the Interim Provost of Continuing Education, Plaintiff performed the duties of the Vice Provost of Continuing Education position in a more than satisfactory manner.

Exhibit 1

23) Plaintiff was more qualified for the Vice Provost of Continuing Education position than any of the three finalists, including Bernhard.

## IV. JURISDICTIONAL ALLEGATIONS

24) On May 16, 2019, Plaintiff filed a formal complaint of discrimination with Defendant's Office of Institutional Equity and Diversity (OIED). In said complaint, Plaintiff asserted that he had not been promoted to the Vice Provost of Continuing Education position because of his sexual orientation.

25) The OIED issued an investigative summary on August 7, 2019. Said summary found that no policy violation had occurred. Said summary, however, failed to identity the committee member who referred to Plaintiff as a plugger.

26) On September 20, 2019, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC). In such charge, Plaintiff asserted that Defendant failed to promote Plaintiff to the Vice Provost of Continuing Education position because of his sexual orientation.

27) On January 16, 2019, the EEOC issued Plaintiff a right to sue letter.

28) Plaintiff has exhausted all applicable administrative remedies.

29) On April 8, 2019, Plaintiff and Defendant executed a Stipulation to Toll Limitations Period for Charging Party's Title VII Claim.

## V. CLAIM FOR RELIEF

### Violation of 42 U.S.C § 2000e-2

30) Plaintiff incorporates herein the allegations of paragraphs 1-29 of this complaint as if fully set forth herein.

31) Defendant was more qualified for the Vice Provost of Continuing Education position than Mark Bernhard – the individual who was selected for said position.

32) Defendant failed to promote Plaintiff to the Vice Provost of Continuing Education position because of Plaintiff's sexual orientation.

33) Upon information and belief, Defendant has a history of failing to promote gay males to higher level positions.

34) Defendant's actions as described herein were malicious and in willful and wanton disregard of Plaintiff's rights.

35) As a result of Defendant's actions, Plaintiff has suffered lost wages, decreased employment benefits, pain and suffering, mental and emotional distress, and other economic losses.

36) Plaintiff has suffered damages in an amount in excess of $25,000.00 as a result of Defendant's actions.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays the Court:

1) For judgment against Defendant for compensatory damages in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00);

2) For a judgment declaring the employment practices of Defendant's alleged herein to be unlawful;

Case 5:20-cv-00425-FL   Document 1-1   Filed 08/06/20   Page 9 of 11   Exhibit 1

3)      For an order requiring Defendant to make whole the Plaintiff by promoting him to the position of employment he would have enjoyed had Defendant not engaged in unlawful practices, by providing Plaintiff appropriate back pay, front pay, and reimbursement for lost benefits in an amount to be shown at trial, and by granting Plaintiff other appropriate affirmative relief;

4)      For recovery of Plaintiff's costs herein, including a reasonable attorney's fee and prejudgment interest from the date of the filing of this complaint; and

5)      For such other relief to which Plaintiff may be entitled in law or in equity.

6)      Trial by jury is hereby demanded as to all issues so triable.

This the 13th day of July 2020,

BY: _____CCM_____
Charles E. Monteith, Jr.
Attorney for Plaintiff
NC State Bar No. 9368
Monteith Law, PLLC
9121 Anson Way, Suite 200
Raleigh, North Carolina 27615
Telephone No. (919) 987-1052
Facsimile No. (984) 777-5435

STATE OF NORTH CAROLINA
COUNTY OF WILSON

## VERIFICATION

Chip Futrell, first being duly sworn, deposes and says:

That he is the Plaintiff in the foregoing action; that he has read the foregoing Verified Complaint and knows the contents thereof; and that the same is true of his knowledge, except as to those matters and things therein stated upon information and belief, and that to those matters he believes them to be true.

This _Tenth_ day of July 2020,

_____
Chip Futrell

Sworn and subscribed
before me this the
_10th_ day of July 2020,

_____
Notary Public

My Commission expires: _July 9, 2021_

[Notary Seal: ANGELA P. HAGANS, NOTARY PUBLIC, WILSON COUNTY, NC]