# On-Campus Interviews for Vice Provost for Continuing Education Announced



April 24, 2019 | Emily Packard

On-campus interviews for the vice provost for Continuing Education finalist candidates will begin next week. The candidate chosen for this position will be a leader with a clear vision for advancing NC State's land-grant mission through meeting the educational needs of individuals, organizations, governmental agencies, and corporations.

The finalists are:

- **James Shaeffer**, Old Dominion University, Wednesday, May 1-Thursday, May 2
- **Mark Bernhard**, University of Southern Indiana, Thursday, May 2-Friday, May 3
- **Chris LaBelle**, University of New Hampshire, Sunday, May 5-Monday, May 6

NC State faculty, staff and students are invited to open forums where each candidate will speak on their vision for continuing education for the 21st century in the context of a public research university. A question and answer session will follow. The forum schedule is as follows:

- **Thursday, May 2, 10:30-11:30 a.m.**, McKimmon Center, Room 3 (James Shaeffer)
- **Friday, May 3, 10:30-11:30 a.m.** McKimmon Center, Room 3 (Mark Bernhard)
- **Monday, May 6, 10:30-11:30 a.m.**, McKimmon Center, Room 3 (Chris LaBelle)

The presentations will be recorded and will be made available upon request on May 6.

More details about the search, as well as the finalists' CVs and complete interview schedules are available on the search website and at go.ncsu.edu/continuing-education-search.