IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:20-CV-00425-FL

| | |
|---|---|
| CHIP FUTRELL,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLLINA STATE UNIVERSITY, a Constituent Institution of University of North Carolina,<br><br>Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chip Futrell and Defendant North Carolina State University, (collectively the "Parties"), file this Stipulation of Dismissal With Prejudice. The Parties stipulate and agree that this action shall be dismissed with prejudice. Each party agrees to bear its own costs and attorneys' fees.

Respectfully submitted this the 7th day of June, 2022.

| | |
|---|---|
| **/s/ Charles E. Monteith, Jr.** | **/s/ Vanessa N. Totten** |
| Charles E. Monteith, Jr. | Vanessa N. Totten |
| North Carolina Bar No. 9368 | Special Deputy Attorney General |
| Monteith Law, PLLC | North Carolina Bar No. 27905 |
| 9121 Anson Way, Suite 200 | Education Section |
| Raleigh, North Carolina 27615 | North Carolina Department of Justice |
| Telephone No. (919) 987-1052 | PO Box 629 |
| Facsimile No. (984) 777-5435 | Raleigh, North Carolina 27602 |
| charles@monteithlawnc.com | Main Telephone: (919) 716-6920 |
| | Direct Telephone: (919) 716-6655 |
| ATTORNEY FOR PLAINTIFF | Facsimile: (919) 716-6764 |
| | Email: vtotten@ncdoj.gov |
| | |
| | ATTORNEY FOR DEFENDANT |